IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HALL,<br>        Plaintiff,<br><br>vs.<br><br>WEXFORD MEDICAL SERVICES,<br>CHRISTINE BROWN, JOHN BALDWIN,<br>JOHN DOE, JACQUELINE<br>LASHBROOK, DAN, and MICHAEL<br>SCOTT,<br>        Defendant(s). | CASE NO. 17-386-SCW |

## JUDGMENT IN A CIVIL CASE

Defendant Dan was dismissed without prejudice on April 18, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 6).

Defendant John Doe was substituted by Michael Scott on August 23, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 39).

The remaining case is dismissed in accordance with Stipulation of Dismissal with Prejudice filed on December 18, 2018 (Doc. 98).

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 20th day of December, 2018

                                            MARGARET M. ROBERTIE, CLERK
                                            BY: */s/ Angela Vehlewald*
                                                    Deputy Clerk

**Approved by** */s/ Stephen C. Williams*
              **United States Magistrate Judge**
              **Stephen C. Williams**